

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00187-CV

IN THE INTEREST OF A.M., A
CHILD

----------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 323-100823-14

----------

## MEMORANDUM OPINION[1]

----------

Appellants R.F. and O.F. filed a notice of appeal seeking to challenge an order signed by the trial court on June 4, 2015, that denied their motion to dismiss. On June 22, 2015, we notified Appellants that the appeal appeared to be premature because there was no final judgment or order subject to appeal. *See* Tex. R. App. P. 26.1. We gave Appellants twenty days to furnish the court with a signed copy of the order that they seek to appeal, and we stated that the

---

[1]*See* Tex. R. App. P. 47.4.

appeal would be dismissed for want of jurisdiction if they did not do so. Appellants filed a response, but it does not contain a signed copy of the order that they seek to appeal.[2]   Accordingly, we dismiss this appeal for want of jurisdiction.   *See* Tex. R. App. P. 42.3(a), 43.2(f); *Robertson v. Beadles, Newman, & Lawler, P.C.*, No. 02-08-00382-CV, 2009 WL 51034, at *1 (Tex. App.—Fort Worth Jan. 8, 2009, no pet.) (mem. op.) (holding same).

PER CURIAM

PANEL:  MEIER, GABRIEL, and SUDDERTH, JJ.

DELIVERED:  July 30, 2015

---

[2]Appellants contend that the order is attached as Exhibit A to their response, but the only document attached as Exhibit A is a docket sheet from the trial court, nor is the order included in the other documents attached to the response.